IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DENNIS JEFFRIES,** : | Civil No. 1:23-cv-1680 |
| : | |
| Plaintiff, : | |
| : | (Judge Sylvia H. Rambo) |
| v. : | |
| : | |
| **BOROUGH OF STEELTON,** : | |
| : | |
| Defendant. : | |

## O R D E R

**AND NOW**, this 16th day of November, 2023, upon consideration of Magistrate Judge Bloom's Report and Recommendation (Doc. 5), which concludes, upon a legally mandated screening of the complaint under 28 U.S.C. § 1915(e), that this action be dismissed without prejudice for failure to state a claim for relief, and noting that Plaintiff Dennis Jeffries has not filed objections to the Report and Recommendation and the time for doing so has passed, and the court having satisfied itself that there is no clear error on the face of the record, Fed. R. Civ. P. 72(b), advisory committee notes; *see also Univac Dental Co. v. Dentsply Intern., Inc.*, 702 F. Supp. 2d 465, 469 (M.D. Pa. 2010) (explaining that judges should review dispositive legal issues raised by the report for clear error), **IT IS HEREBY ORDERED** as follows:

1) The Report and Recommendation (Doc. 5) is **ADOPTED**.

2) The complaint (Doc. 1) is **DISMISSED** without prejudice to the plaintiff endeavoring to correct the defects cited in the report <u>within 20 days</u> of this order.

3) The motion for appointment of counsel is **DENIED** because this case, at its current posture, lacks arguable merit in fact and law.

4) This case is remanded to Magistrate Judge Bloom.

<u>s/Sylvia H. Rambo</u>
SYLVIA H. RAMBO
United States District Judge